No. 78–5914. SCHREIBMAN *v.* WALTER E. HELLER & COM-
PANY OF PUERTO RICO ET AL. C. A. 1st Cir. Petition for
rehearing on order denying Las Colinas Development Corp.
leave to proceed *in forma pauperis,* 439 U. S. 1063, denied.
Certiorari denied.

No. 78–589. POE *v.* UNITED STATES, 439 U. S. 1047;
No. 78–606. PACIFIC TELEPHONE & TELEGRAPH CO. *v.*
PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL., 439 U. S.
1052;
No. 78–607. GENERAL TELEPHONE COMPANY OF CALI-
FORNIA *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA
ET AL., 439 U. S. 1052;
No. 78–801. KIRK *v.* UNITED STATES, 439 U. S. 1048;
No. 78–5321. ADAMS *v.* FLORIDA, 439 U. S. 947;
No. 78–5457. GLOVER *v.* DOLAN, SHERIFF, 439 U. S. 1075;
No. 78–5520. JONES *v.* UNITED STATES, 439 U. S. 1075;
No. 78–5683. OLVERA *v.* UNITED STATES, 439 U. S. 1078;
No. 78–5700. PATTERSON *v.* THOMPSON, WARDEN, ET AL.,
439 U. S. 1078;
No. 78–5721. MORROW *v.* IGLEBURGER ET AL., 439 U. S.
1118;
No. 78–5788. PORTER *v.* CONTINENTAL BANK ET AL., 439
U. S. 1119; and
No. 78–5794. GREENE *v.* UNITED STATES, 439 U. S. 1081.
Petitions for rehearing denied.

No. 76–1694. MOBIL OIL CORP. *v.* LIGHTCAP ET AL., 434
U S. 876. Motion of Continental Oil Co. for leave to file a
brief as *amicus curiae* granted. Petition for rehearing denied.
MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part
in the consideration or decision of this motion and petition.

No. 78–5375. GALLAGHER *v.* FLORIDA, 439 U. S. 1005; and
No. 78–5512. NICHOLAS *v.* TENNESSEE DEPARTMENT OF
EMPLOYMENT SECURITY ET AL., 439 U. S. 988. Motions for
leave to file petitions for rehearing denied.